**Order entered October 19, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00483-CV

### CITY OF DALLAS, Appellant

### V.

### NANCY BEGGS, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14997-M**

## ORDER

We **GRANT** appellee's October 14, 2015 unopposed motion to extend time to file brief

and **ORDER** the brief be filed no later than November 13, 2015.

/s/    CRAIG STODDART
         JUSTICE